# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**ANTHONY D. LAMAR**                                                                                          **PLAINTIFF**
**ADC #120479**

v.                             No: 4:24-cv-00194-JM-PSH

**LONNELL OQUIN SEAMSTER, SR.,** *et al.*                                          **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Culclager's motion to dismiss (Doc. No. 10) is granted in part and denied in part. Lamar's claims against Culclager for money damages in her official capacity are dismissed, while his other claims against her will proceed.

DATED this 12th day of September, 2024.

_____
UNITED STATES DISTRICT JUDGE