IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ANTHONY D. LAMAR**  **PLAINTIFF**
**ADC #120479**

v.  No: 4:24-cv-00194-JM-PSH

**LONNELL OQUIN SEAMSTER, SR.,** *et al.*  **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Doc. No. 29). No objections have been filed. After carefully consideration, the Court concludes that the Proposed Findings and Partial Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT that the defendant Deputy Medical Director Aundrea Culclager's motion for summary judgment (Doc. No. 23) is granted. Lamar's claims against Culclager are dismissed without prejudice due to his failure to exhaust available administrative remedies.

DATED this 2nd day of June, 2025.

_____
UNITED STATES DISTRICT JUDGE