**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ANTHONY D. LAMAR** **PLAINTIFF**
**ADC #120479**

**v.** **Case No: 4:24-cv-00194-JM**

**LONNELL OQUIN SEAMSTER, SR., *et al.*** **DEFENDANTS**

**JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing Plaintiff's claims against Lonnell Oquin Seamster, Sr. and Laconya Harris with prejudice. Plaintiff's claims against defendant Aundrea Culclager are dismissed without prejudice.[1]

DATED this 10th day of September, 2026.

UNITED STATES DISTRICT JUDGE

[1] *See* Doc. Nos. 29 & 31.